**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**QUANT'E A. CARR,**

**Petitioner,**

**v.** **Civil Action No. 3:26cv872**

**UNKNOWN,**

**Respondent.**

**MEMORANDUM OPINION**

Petitioner, a Virginia inmate proceeding *pro se*, submitted a Motion for Reconsideration. (ECF No. 1.) Given the content of the habeas petition, the Court found it appropriate to give Petitioner the opportunity to pursue this action as a petition for a writ of habeas corpus under 28 U.S.C. § 2254. *See Rivenbark v. Virginia*, 305 F. App'x 144, 145 (4th Cir. 2008).

By Memorandum Order entered on September 10, 2026, the Court directed Petitioner, within thirty (30) days of the date of entry thereof, to complete and return the standardized form for filing a § 2254 petition if he wished to file a petition for a writ of habeas corpus.

More than thirty (30) days have elapsed since the entry of the September 10, 2026 Memorandum Order and Petitioner has not completed and returned the form or otherwise responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate Final Order shall accompany this Memorandum Opinion.

/s/
M. Hannah Lauck
Chief United States District Judge

Date: 10/20/2026
Richmond, Virginia